IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARRY S. TAYLOR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LOCAL UNION NO. 16, UNITED<br>ASSOCIATION OF JOURNEYMEN AND<br>APPRENTICES OF THE PLUMBING<br>AND PIPE FITTING INDUSTRY OF THE<br>UNITED STATES AND CANADA,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　　8:06CV561<br>)<br>)　　SCHEDULING ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Upon review of the file,

　　**IT IS ORDERED** that the parties' obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) is hereby suspended until defendant's Motion to Dismiss [6] is resolved.  If the motion is denied, the parties shall confer and file a report of their planning conference within twenty (20) calendar days of the district court's ruling.

　　**DATED October 18, 2006.**

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　**s/ F.A. Gossett**
　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**